```
             IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF OHIO
                       EASTERN DIVISION


Knowlton Construction Company,  :

        Plaintiff,              :

    v.                          :     Case No. 2:07-cv-0748

Liberty Mutual Insurance        :     JUDGE MARBLEY
Company,
                                :
        Defendant.
```

ORDER

   This case is before the Court to consider a Report and Recommendation issued by the Magistrate Judge on October 31, 2007.  No objections have been filed to the Report and Recommendation.  Therefore, the Court ADOPTS the Report and Recommendation.  The motion to remand (#9) is DENIED.

```
                                 s/Algenon L. Marbley
                                Algenon L. Marbley
                                United States District Judge
```